# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMAL SNEED,

Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

Defendant.

Case No. 3:25-cv-00009-MMD-CLB; 3:25-cv-00081-ART-CSD

**ORDER GRANTING**
(as to Case No. 3:25-cv-00081-ART-CSD)

STIPULATION TO DISMISS
WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff, Jamal Sneed, and Interested Party, Nevada Department of Corrections (NDOC), by and through counsel, Aaron D. Ford, Nevada Attorney General, and Kyle L. Hill, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, that the above-captioned actions, USDC Case No. 3:25-cv-00009-MMD-CLB and USDC Case No. 3:25-cv-00081-ART-CSD, be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this ___30___ day of _December_ 2025

DATED this 30th day of December, 2025

AARON D. FORD
Attorney General

By:/s/ _____
JAMAL SNEED
Plaintiff

By: /s/ Kyle L. Hill
KYLE L. HILL (Bar No. 16094)
Deputy Attorney General
*Attorneys for Defendant*

### ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
Anne R. Traum
United States District Judge

Dated: February 5, 2026

Page 2 of 4